UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRO ADVISORY SERVICES, LTD, a corporation incorporated under the laws of the British Virgin Islands,<br><br>           Plaintiff,<br><br>     vs.<br><br>D.A. DAVIDSON & CO., an ENTITY OF UNKNOWN FORM, RICHARD L. WENDT TRUST, JWTR-OREGON, LLC and JWTR, LLC,<br><br>           Defendants. | Case No. 3:14-cv-01618-NC<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND INITIAL DEADLINES; [~~PROPOSED~~] ORDER**<br><br>Date:         July 16, 2014<br>Time:        10:00 a.m.<br>Courtroom: A, 15th Floor<br><br>Magistrate Judge: Nathanael M. Cousins<br><br>Trial Date: None Set<br><br>Action Filed: April 8, 2014 |

Plaintiff MIRO ADVISORY SERVICES, LTD, a corporation incorporated under the laws of the British Virgin Islands, Defendant D.A. DAVIDSON & CO. and Defendants JWTR OREGON, LLC, an Oregon Limited Liability Company (erroneously sued herein as "JWTR-OREGON, LLC"), JWTR, LLC, an Oregon Limited Liability Company and RICHARD L. WENDT TRUST, an Oregon Revocable Living Trust, through their attorneys of record, hereby stipulate as follows:

WHEREAS, on April 8, 2014, Plaintiff filed a Complaint for Declaratory Relief and Negligent Misrepresentation (D.E. 1).

WHEREAS, an Initial Case Management Conference is currently scheduled for July 16, 2014 at 10:00 a.m.

WHEREAS, on May 8, 2014, Defendants JWTR OREGON, LLC, an Oregon Limited Liability Company (erroneously sued herein as "JWTR-OREGON, LLC"), JWTR, LLC, an Oregon Limited Liability Company filed a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to FRCP 12(b)(6) (D.E. 8), which is currently scheduled for hearing on August 6, 2014.

WHEREAS, on June 9, 2014, Plaintiff and Defendant RICHARD L. WENDT TRUST ("TRUST") stipulated to an extension of time until June 30, 2014 for the TRUST to respond to the Complaint (D.E. 24).

WHEREAS, on June 16, 2014, Defendant D.A. DAVIDSON & CO. filed a Motion to Dismiss Plaintiff's Complaint (D.E. 27), which is currently scheduled for hearing on August 6, 2014.

WHEREAS, on June 24, 2014, the Court issued an Order to Show Cause to Plaintiff as to why this action should not be dismissed for lack of federal subject matter jurisdiction with a response due from Plaintiff by July 8, 2014 (D.E. 32).

WHEREAS, to allow the parties sufficient time to meaningfully meet and confer on all topics required by Federal Rule of Civil Procedure 26, the Civil Local Rules, the Court's Standing Orders, and to promote judicial economy, the parties believe it is appropriate to continue the Initial Case Management Conference for a period of 45 to 60 days.

THEREFORE, IT IS HEREBY STIPULATED between the parties, through their respective counsel of record, a joint request for continuance of the Initial Case Management Conference to September 3, 2014, or such other date available to the Court, and if the Case Management Conference is continued, all other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines will be continued accordingly.

/ / /

/ / /

| | |
|---|---|
| DATED: June 25, 2014 | LAW OFFICES OF WILLIAM D. WHITEMAN |

By:   s/ William D. Whiteman
    William D. Whiteman, CA SBN 100469
    Linda R. Berg, CA SBN 124824
    4 Embarcadero Center, 17th Floor
    San Francisco, CA 94111
    Telephone: (415) 989-3300
    Facsimile: (415) 963-4131
    Email: wwhiteman@wdwlawoffices.com
           lberg@wdwlawoffices.com

Attorneys for Plaintiff MIRO ADVISORY SERVICES, LTD., a corporation incorporated under the laws of the British Virgin Islands

DATED: June 25, 2014     DORSEY & WHITNEY LLP

By:   s/ J David Jackson
    J David Jackson, MN SBN 0049219
    *Admitted Pro Hac Vice*
    50 South Sixth Street, Suite 5100
    Minneapolis, MN 55402-1498
    Telephone: (612) 340-2760
    Facsimile:  (612) 340-2868
    Email: jackson.j@dorsey.com

    Jill A. Gutierrez, CA SBN 258138
    DORSEY & WHITNEY LLP
    600 Anton Boulevard, Suite 2000
    Costa Mesa, CA 92626-7655
    Telephone:  (714) 800-1400
    Facsimile:  (714) 800-1499
    Email: gutierrez.jill@dorsey.com

    Patricia A. Welch, CA SBN 127889
    DORSEY & WHITNEY LLP
    305 Lytton Avenue
    Palo Alto, CA 94301
    Telephone: (650) 857-1717
    Facsimile: (650) 857-1288
    Email:  welch.patricia@dorsey.com

Attorneys for Defendant D.A. DAVIDSON & CO.

DATED: June 25, 2014

THE SIEVING LAW FIRM, A.P.C.

By:   s/ Richard N. Sieving
Richard N. Sieving, Esq. (SB# 133634)
100 Howe Avenue, Suite 220N
Sacramento, CA 95825
Telephone: (916) 444-3366
Facsimile: (916) 444-1223
Email: rsieving@sievinglawfirm.com

Attorney for Defendants JWTR OREGON, LLC, an Oregon Limited Liability Company (erroneously sued herein as "JWTR-OREGON, LLC"); JWTR, LLC, an Oregon Limited Liability Company; and RICHARD L. WENDT TRUST, an Oregon Revocable Living Trust

**ORDER**

BASED ON THE PARTIES' STIPULATION, THE COURT'S FILE, AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The Initial Case Management Conference and Rule 26 deadlines are continued as follows:

- **August 13, 2014**  Last day to:
  - Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
  - File ADR Certificate signed by Parties and Counsel
  - File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

- **August 27, 2014**  Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement

- **September 3, 2014**  INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom A, 15th Floor at 10:00 A.M.

IT IS SO ORDERED.

DATED: June 25, 2014

By: _____
The Honorable Nathanael M. Cousins
Magistrate Judge of the United States District Court
For the Northern District of California

*[GRANTED stamp signed by Judge Nathanael M. Cousins, United States District Court, Northern District of California]*

-4-

**CERTIFICATE OF SERVICE**

I, the undersigned, of The Sieving Law Firm, A.P.C., counsel for Defendants JWTR OREGON, LLC, an Oregon Limited Liability Company (erroneously sued herein as "JWTR-OREGON, LLC"), JWTR, LLC, an Oregon Limited Liability Company and RICHARD L. WENDT TRUST, an Oregon Revocable Living Trust, do hereby certify that I have served all counsel in this action with a copy of the pleading(s) in the manner hereinbelow specified, to the following address(es):

Pleadings:   **(1) STIPULATION AND JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND INITIAL DEADLINES; [PROPOSED] ORDER; and (2) DECLARATION OF RICHARD N. SIEVING IN SUPPORT OF STIPULATION AND JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND INITIAL DEADLINES**

Counsel Served:

<u>*Via ECF Filing*</u>
William D. Whiteman, CA SBN 100469
Linda R. Berg, CA SBN 124824
LAW OFFICES OF WILLIAM D. WHITEMAN
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 989-3300
Facsimile: (415) 963-4131
Email: wwhiteman@wdwlawoffices.com
       lberg@wdwlawoffices.com

Attorneys for Plaintiff MIRO Advisory Services, Ltd., a corporation incorporated under the laws of the British Virgin Islands

<u>*Via ECF Filing*</u>
Jill A. Gutierrez, CA SBN 258138
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
Email: gutierrez.jill@dorsey.com

Patricia A. Welch, CA SBN 127889
DORSEY & WHITNEY LLP
305 Lytton Avenue Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: welch.patricia@dorsey.com

J David Jackson, MN SBN 0049219
*Admitted Pro Hac Vice*
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 5100
Minneapolis, MN 55402-1498
Telephone: (612) 340-2760
Facsimile: (612) 340-2868
Email: jackson.j@dorsey.com

Attorneys for Defendant D.A. DAVIDSON & CO.

DATED: June 25, 2014        s/ Sandra L. Barron
                            SANDRA L. BARRON