UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRO ADVISORY SERVICES, LTD, a corporation incorporated under the laws of the British Virgin Islands,<br><br>Plaintiff,<br><br>vs.<br><br>D.A. DAVIDSON & CO., an ENTITY OF UNKNOWN FORM, RICHARD L. WENDT TRUST, JWTR-OREGON, LLC and JWTR, LLC,<br><br>Defendants. | Case No. 3:14-cv-01618-NC<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS FOR NINETY (90) DAYS AND CONTINUE ALL PRESENTLY SCHEDULED HEARINGS, BRIEFINGS, APPEARANCES AND OTHER DEADLINES; [~~PROPOSED~~] ORDER**<br><br>Magistrate Judge:  Nathanael M. Cousins<br><br>Trial Date:  None Set<br><br>Action Filed:  April 8, 2014 |

Plaintiff MIRO ADVISORY SERVICES, LTD, a corporation incorporated under the laws of the British Virgin Islands, Defendant D.A. DAVIDSON & CO. and Defendants JWTR OREGON, LLC, an Oregon Limited Liability Company (erroneously sued herein as "JWTR-OREGON, LLC"), JWTR, LLC, an Oregon Limited Liability Company and RICHARD L. WENDT TRUST, an Oregon Revocable Living Trust, by and through their respective counsel, hereby STIPULATE and AGREE as follows:

WHEREAS, this case arises from a dispute over whether Plaintiff MIRO ADVISORY SERVICES, LTD is entitled to a "finder's fee" for performing real estate related services by purportedly procuring a potential buyer for approximately 606,000 acres of timberlands ("Timberlands").

WHEREAS, on April 8, 2014, Plaintiff filed a Complaint for Declaratory Relief and Negligent Misrepresentation (D.E. 1).

WHEREAS, on May 8, 2014, Defendants JWTR OREGON, LLC and JWTR, LLC filed a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to FRCP 12(b)(6) (D.E. 8).

WHEREAS, on June 16, 2014, Defendant D.A. DAVIDSON & CO. filed a Motion to Dismiss Plaintiff's Complaint (D.E. 27).

WHEREAS, on June 30, 2014, Defendant RICHARD L. WENDT TRUST filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to FRCP 12(b)(1) and FRCP 12(b)(6) (D.E. 38).

WHEREAS, the hearing on all three pending Motions to Dismiss is set for August 27, 2014.

WHEREAS, the Initial Case Management Conference is presently scheduled for September 3, 2014.

WHEREAS, a sale of the Timberlands to an unrelated third party is presently pending and is scheduled to close escrow within sixty (60) to seventy-five (75) days.

WHEREAS, the sale of the Timberlands to an unrelated third party is not covered by the agreement which forms the basis for this litigation.

WHEREAS, the parties wish to stay all proceedings in this matter for a period of ninety (90) days and continue all presently scheduled hearings, briefings, appearances and any other deadlines imposed by law or the Court, to allow escrow to close on the sale of the Timberlands.

WHEREAS, upon completion of the sale of the Timberlands to a party unrelated to this instant action, the claims set forth by Plaintiff's Complaint will be moot.

WHEREAS, the parties further stipulate and agree that the stay requested herein is not requested for the purposes of delay and will not result in any prejudice to the parties or to the Court.

/ / /

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiff and Defendants, by and through their respective counsel of record, pursuant to Rule 7-12 of the Civil Local Rules of the Northern District of California, and the Court is respectfully requested to order that:

1. This action is hereby stayed until **November 12, 2014**;

2. The hearing on Defendants' Motions to Dismiss (D.E. 8, 27 and 38) is continued to **December 3, 2014**;

3. The Initial Case Management Conference and Rule 26 deadlines are continued as follows:

    a. **November 26, 2014** - Last day to:
        - Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
        - File ADR Certificate signed by Parties and Counsel
        - File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

    b. **December 3, 2014** - Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement

    c. **December 10, 2014 -** INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom A, 15th Floor at 10:00 A.M.

**IT IS SO STIPULATED**.

DATED: August 13, 2014                         LAW OFFICES OF WILLIAM D. WHITEMAN

                                               By:   s/ William D. Whiteman
                                                   William D. Whiteman, CA SBN 100469
                                                   Linda R. Berg, CA SBN 124824
                                                   4 Embarcadero Center, 17th Floor
                                                   San Francisco, CA 94111
                                                   Telephone: (415) 989-3300
                                                   Facsimile: (415) 963-4131
                                                   Email: wwhiteman@wdwlawoffices.com
                                                          lberg@wdwlawoffices.com

                                               Attorneys for Plaintiff MIRO ADVISORY SERVICES, LTD, a corporation incorporated under the laws of the British Virgin Islands

| | | |
|---|---|---|
| 1 | DATED: August 13, 2014 | DORSEY & WHITNEY LLP |

By:___s/ J David Jackson___
J David Jackson, MN SBN 0049219
*Admitted Pro Hac Vice*
50 South Sixth Street, Suite 5100
Minneapolis, MN 55402-1498
Telephone: (612) 340-2760
Facsimile: (612) 340-2868
Email: jackson.j@dorsey.com

Jill A. Gutierrez, CA SBN 258138
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
Email: gutierrez.jill@dorsey.com

Patricia A. Welch, CA SBN 127889
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: welch.patricia@dorsey.com

Attorneys for Defendant D.A. DAVIDSON & CO.

DATED: August 13, 2014            THE SIEVING LAW FIRM, A.P.C.

By:___s/ Richard N. Sieving___
Richard N. Sieving, Esq. (SB# 133634)
100 Howe Avenue, Suite 220N
Sacramento, CA 95825
Telephone: (916) 444-3366
Facsimile: (916) 444-1223
Email: rsieving@sievinglawfirm.com

Attorney for Defendants JWTR OREGON, LLC, an Oregon Limited Liability Company (erroneously sued herein as "JWTR-OREGON, LLC"); JWTR, LLC, an Oregon Limited Liability Company; and RICHARD L. WENDT TRUST, an Oregon Revocable Living Trust

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that on August 12 and 13, 2014, I obtained concurrence of all counsel to file the Joint Stipulation to Stay Proceedings for Ninety (90) Days and Continue All Presently Scheduling Hearings, Briefings, Appearances and Other Deadlines.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of August 2014 at Portland, Oregon.

> s/ Richard N. Sieving
> **RICHARD N. SIEVING**

**[PROPOSED] ORDER**

The Court, having reviewed the parties' Stipulation, hereby orders as follows:

1. This action is hereby stayed until **November 12, 2014** [or _____, 2014];

2. The hearing on Defendants' Motions to Dismiss (D.E. 8, 27 and 38) is continued to **December 3, 2014** [or _____, 2014] at **1:00 p.m.** in Courtroom A, 15th Floor.

3. The Initial Case Management Conference and Rule 26 deadlines are continued as follows:

   a. **November 26, 2014** [or _____, 2014]; - Last day to:
      - Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
      - File ADR Certificate signed by Parties and Counsel
      - File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

   b. **December 3, 2014** [or _____, 2014] - Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement

///

1   c. **December 10, 2014** [or _____, 2014] - INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom A, 15th Floor at 10:00 A.M.

**IT IS SO ORDERED.**

DATED: August 15, 2014           By: _____
                                     The Honorable Nathanael M. Cousins
                                     Magistrate Judge, United States District Court
                                     For the Northern District of California

GRANTED
Judge Nathanael M. Cousins

-6-
JOINT STIPULATION TO STAY PROCEEDINGS FOR NINETY (90) DAYS AND                 3:14-cv-01618-NC
CONTINUE ALL PRESENTLY SCHEDULED HEARINGS, BRIEFINGS, APPEARANCES
AND OTHER DEADLINES; [PROPOSED] ORDER