1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7                        SAN FRANCISCO DIVISION

8

| | |
|---|---|
| MIRO ADVISORY SERVICES, LTD, a corporation incorporated under the laws of the British Virgin Islands, | Case No. 3:14-cv-01618-NC |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1); [PROPOSED] ORDER** |
| vs. | Magistrate Judge:  Nathanael M. Cousins |
| D.A. DAVIDSON & CO., an ENTITY OF UNKNOWN FORM, RICHARD L. WENDT TRUST, JWTR-OREGON, LLC and JWTR, LLC, | Trial Date:  None Set  Action Filed:  April 8, 2014 |
| Defendants. | |

        Plaintiff MIRO ADVISORY SERVICES, LTD, a corporation incorporated under the
laws of the British Virgin Islands, Defendant D.A. DAVIDSON & CO., Defendant JWTR
OREGON, LLC, an Oregon Limited Liability Company (erroneously sued herein as "JWTR-
OREGON, LLC"), Defendant JWTR, LLC, an Oregon Limited Liability Company and
Defendant RICHARD L. WENDT TRUST, an Oregon Revocable Living Trust, by and through
their respective counsel, hereby STIPULATE and AGREE as follows:

/ / /

/ / /

/ / /

/ / /

WHEREAS, this case arises from a dispute over whether Plaintiff MIRO ADVISORY SERVICES, LTD is entitled to a "finder's fee" for performing real estate related services by purportedly procuring a potential buyer for approximately 606,000 acres of timberlands ("Timberlands").

WHEREAS, on April 8, 2014, Plaintiff filed a Complaint for Declaratory Relief and Negligent Misrepresentation (D.E. 1).

WHEREAS, on May 8, 2014, Defendants JWTR OREGON, LLC and JWTR, LLC filed a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to FRCP 12(b)(6) (D.E. 8).

WHEREAS, on June 16, 2014, Defendant D.A. DAVIDSON & CO. filed a Motion to Dismiss Plaintiff's Complaint (D.E. 27).

WHEREAS, on June 30, 2014, Defendant RICHARD L. WENDT TRUST filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to FRCP 12(b)(1) and FRCP 12(b)(6) (D.E. 38).

WHEREAS, on August 15, 2014, the Court entered an Order staying the instant proceedings until November 12, 2014 to allow escrow to close on the sale of the Timberlands to a third party (D.E. 49).

WHEREAS, the sale of the Timberlands to a third party closed on September 30, 2014 and thus the claims set forth in Plaintiff's Complaint are now moot.  The buyer of the Timberlands was not procured by Plaintiff or Defendant D.A. DAVIDSON.

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiff and Defendants, by and through their respective counsel of record, pursuant to Civil L.R. 7-12, that:

1. The above-captioned action be and is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

2. Except as provided in stipulated paragraph 3 below, each party is to bear their own attorneys' fees and costs in this action.

/ / /

JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1);
[PROPOSED] ORDER
3:14-cv-01618-NC

1       3.    Notwithstanding stipulated paragraph 2 above, Defendants RICHARD L.

2   WENDT TRUST, JWTR OREGON, LLC and JWTR, LLC and Defendant D.A.

3   DAVIDSON & CO. agree that any and all claims between those parties survive

4   and are unaffected by dismissal of this litigation.

5       **IT IS SO STIPULATED**.

6   DATED: November 6, 2014            LAW OFFICES OF WILLIAM D.
7                                               WHITEMAN

8                                               By:    s/ William D. Whiteman
                                            William D. Whiteman, CA SBN 100469
9                                               Linda R. Berg, CA SBN 124824
                                            4 Embarcadero Center, 17th Floor
10                                              San Francisco, CA 94111
                                            (415) 989-3300 / (415) 963-4131 Fax
11                                              Email: wwhiteman@wdwlawoffices.com
                                                            lberg@wdwlawoffices.com
12

13                                            Attorneys for Plaintiff MIRO ADVISORY
                                          SERVICES, LTD, a corporation incorporated
14                                            under the laws of the British Virgin Islands

15  DATED: November 6, 2014            DORSEY & WHITNEY LLP

16
                                          By:    s/ J David Jackson
17                                              J David Jackson, MN SBN 0049219
                                          *Admitted Pro Hac Vice*
18                                              50 South Sixth Street, Suite 5100
                                          Minneapolis, MN 55402-1498
19                                              (612) 340-2760 / (612) 340-2868 Fax
                                          Email: jackson.j@dorsey.com
20

21                                            Jill A. Gutierrez, CA SBN 258138
                                          DORSEY & WHITNEY LLP
22                                              600 Anton Boulevard, Suite 2000
                                          Costa Mesa, CA 92626-7655
23                                              (714) 800-1400 / (714) 800-1499 Fax
                                          Email: gutierrez.jill@dorsey.com
24

25                                            Patricia A. Welch, CA SBN 127889
                                          DORSEY & WHITNEY LLP
26                                            305 Lytton Avenue
                                          Palo Alto, CA 94301
                                          (650) 857-1717 / (650) 857-1288 Fax
                                          Email:  welch.patricia@dorsey.com
27

                                          Attorneys for Defendant D.A. DAVIDSON &
                                          CO.

JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1);           3:14-cv-01618-NC
[~~PROPOSED~~] ORDER

1  DATED: November 6, 2014                    THE SIEVING LAW FIRM, A.P.C.

2

3                                             By:___s/ Richard N. Sieving_____
                                                 Richard N. Sieving, Esq. (SB# 133634)
4                                                100 Howe Avenue, Suite 220N
                                                 Sacramento, CA 95825
5                                                (916) 444-3366 / (916) 444-1223 Fax
                                                 Email: rsieving@sievinglawfirm.com
6
                                              Attorney for Defendants JWTR OREGON,
7                                             LLC, an Oregon Limited Liability Company
                                              (erroneously sued herein as "JWTR-OREGON,
8                                             LLC"); JWTR, LLC, an Oregon Limited
                                              Liability Company; and RICHARD L. WENDT
9                                             TRUST, an Oregon Revocable Living Trust

10                    **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

11         Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I obtained concurrence of all counsel

12  to file the Joint Stipulation for Dismissal Pursuant to FRCP 41(a)(1).

13         I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th

14  day of November 2014 at Sacramento, California.

15
                                                  ___s/ Richard N. Sieving_____
16                                                **RICHARD N. SIEVING**

17

18                                          **ORDER**

19         The Court, having reviewed the parties' Stipulation, hereby orders as follows:

20     1.  The above-captioned action be and is hereby dismissed, with prejudice, pursuant to

21         Federal Rule of Civil Procedure 41(a)(1).

22     2.  Each party to bear their own attorneys' fees and costs in this action except that any and

23         all claims between Defendants will survive dismissal of this action.

24     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25  DATED:  November 7, 2014              By:_____
                                             The Honorable Nathanael M. Cousins
26                                           Magistrate Judge of the District Court
                                             For the Northern District

27

GRANTED
Note
Judge Nathanael M. Cousins

-4-

**CERTIFICATE OF SERVICE**

1

2        I, the undersigned, of The Sieving Law Firm, A.P.C., counsel for Defendants JWTR
3   OREGON, LLC, an Oregon Limited Liability Company (erroneously sued herein as "JWTR-
    OREGON, LLC"), JWTR, LLC, an Oregon Limited Liability Company and RICHARD L.
4   WENDT TRUST, an Oregon Revocable Living Trust, do hereby certify that I have served all
    counsel in this action with a copy of the pleading(s) in the manner hereinbelow specified, to the
5   following address(es):

6   Pleadings:     **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1);
7                  PROPOSED] ORDER**

8
    Counsel Served:
9

10  ***Via ECF Filing***                          ***Via ECF Filing***
11  William D. Whiteman, CA SBN 100469          Jill A. Gutierrez, CA SBN 258138
    Linda R. Berg, CA SBN 124824                DORSEY & WHITNEY LLP
12  LAW OFFICES OF WILLIAM D.                   600 Anton Boulevard, Suite 2000
    WHITEMAN                                    Costa Mesa, CA 92626-7655
13  4 Embarcadero Center, 17th Floor            Telephone:  (714) 800-1400
    San Francisco, CA 94111                     Facsimile:  (714) 800-1499
14  Telephone: (415) 989-3300                   Email: gutierrez.jill@dorsey.com
15  Facsimile: (415) 963-4131
    Email: wwhiteman@wdwlawoffices.com          Patricia A. Welch, CA SBN 127889
16         lberg@wdwlawoffices.com              DORSEY & WHITNEY LLP
                                                305 Lytton Avenue Palo Alto, CA 94301
17  Attorneys for Plaintiff MIRO Advisory       Telephone: (650) 857-1717
18  Services, Ltd., a corporation incorporated  Facsimile: (650) 857-1288
    under the laws of the British Virgin Islands Email:  welch.patricia@dorsey.com
19
                                                J David Jackson, MN SBN 0049219
20                                              *Admitted Pro Hac Vice*
                                                DORSEY & WHITNEY LLP
21                                              50 South Sixth Street, Suite 5100
                                                Minneapolis, MN 55402-1498
22                                              Telephone: (612) 340-2760
                                                Facsimile:  (612) 340-2868
23                                              Email: jackson.j@dorsey.com

24                                              Attorneys for Defendant D.A. DAVIDSON &
                                                CO.
25

26  DATED:  November 6, 2014           s/ Sandra L. Barron
                                       SANDRA L. BARRON
27